(Official Form 1) (10/05)

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Sunroom Creations, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**36-4484317** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State<br><br>**902 Albion Ave.**<br>**Schaumburg, IL**<br><br>ZIPCODE **60193** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):    **902 Albion Ave., Schaumburg, IL** |
|---|
| ZIPCODE **60193** |

**Type of Debtor** (Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
State type of entity: _____

**Nature of Business**
(Check all applicable boxes)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 12
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Consumer/Non-Business
- [x] Business

**Filing Fee** (Check one box)

- [x] Full Filing Fee Attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

(Official Form 1) (10/05)                                                                                    **FORM B1,** Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Sunroom Creations, Inc.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>   **Dorsie Wayne Mosher Jr.** | Case Number:<br>   **06-B-71261** | Date Filed:<br>   **7/21/06** |
| District:<br>**Northern** | Relationship:<br>**Father** | Judge:<br>**Barbosa** |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X  **Not Applicable**
_____
   Signature of Attorney for Debtor(s)              Date

</td>
</tr>
</table>

<table>
<tr>
<td>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No

</td>
<td>

**Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)**

☐   I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐   I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances (Must attach certification describing.)

</td>
</tr>
</table>

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|
| **Venue** (Check any applicable box) |

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes.* |
|---|

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of this petition.

**(Official Form 1) (10/05)** FORM B1, Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Sunroom Creations, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]- I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Gregory J. Martucci, 6185842**
Printed Name of Attorney for Debtor(s) / Bar No.

**Law Office of Gregory J. Martucci, P.C.**
Firm Name

**1150 W. Lake St., Suite B  Roselle, IL  60172**
Address

**(630) 980-8333**          **(630) 980-8404**
Telephone Number

**9/14/2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Dorsie Wayne Mosher III**
Signature of Authorized Individual

**Dorsie Wayne Mosher III**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**9/14/2006**
Date

### Signature of a Foreign Representative of a Recognized Foreign Proceeding

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: I) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) 1 prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.§110 setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.)

Address

X **Not Applicable**
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer 's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court

## Northern District of Illinois

### Eastern Division

In re:                                                                                          Case No. _____

                                                                                                Chapter      **7**

**Sunroom Creations, Inc.**


# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION


I, , declare under penalty of perjury that I am the  of **Sunroom Creations, Inc.,** a   Corporation and that on  the following resolution was duly adopted by the  of this Corporation:


"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;


Be It Therefore Resolved, that **Dorsie Wayne Mosher III**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and


Be It Further Resolved, that **Dorsie Wayne Mosher III**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and


 Be It Further Resolved, that **Dorsie Wayne Mosher III**, **President** of this Corporation, is authorized and directed to employ **Gregory J. Martucci**, attorney and the law firm of **Law Office of Gregory J. Martucci, P.C.** to represent the Corporation in such bankruptcy case."


Executed on:  **9/14/2006**_____            Signed:   **s/ Dorsie Wayne Mosher III**_____

FORM B6A
(10/05)

In re: **Sunroom Creations, Inc.** _____ .            Case No. _____
                                    Debtor                                                                (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➢ | 0.00 | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re **Sunroom Creations, Inc.** _____,    Case No. _____

Debtor    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Harris Bank**<br>**110 E. Irving Park Rd.**<br>**Roselle, IL  60172**<br>**Checking Acct. #7540017742** | | **0.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Losurdo Panzeca Builders**<br>**1684 Wright Blvd.**<br>**Schaumburg, IL  60193** | | **2,200.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

Form B6B-Cont.
(10/05)

In re  **Sunroom Creations, Inc.**_____,      Case No. _____
                     Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Dan & Teresa Carlquist** **6730 Plymouth Road** **Downers Grove, IL 60516** | | **1,451.77** |
| Accounts receivable. | | **Mark & Mary Beth Landeen** **900 Topanga Dr.** **Palatine, IL 60074** | | **3,129.00** |
| Accounts receivable. | | **Mike & Mary Karl** **15405 Douglas Parkway** **Lockport, IL 60441** | | **3,973.39** |
| Accounts receivable. | | **Othmar Edlbauer** **734 Meadow Dr.** **Des Plaines, IL 60016** | | **953.41** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| | | | | |

Form B6B-Cont.
(10/05)

In re   **Sunroom Creations, Inc.**_____,   Case No. _____
                    Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Flatbed Trailer** | | **500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment 902 Albion Ave. Schaumburg, IL 60193** | | **1,590.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | **2002 Flatbed Trailer 902 Albion Ave. Schaumburg, IL 60193** | | **500.00** |
| Inventory. | | **Materials/Wall & Roof Panels 902 Albion Schaumburg, IL 60193** | | **6,900.00** |
| Inventory. | | **Warehouse Inventory/Tools 902 Albion Schaumburg, IL 60193** | | **585.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Form B6B-Cont.
(10/05)

In re **Sunroom Creations, Inc.** _____,   Case No. _____
                          Debtor                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | **Possible asset claim for theft - Former Secretary** | | **4,000.00** |

_3_   continuation sheets attached       Total   ＞   **$ 25,782.57**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6D
(10/05)

In re: **Sunroom Creations, Inc.**
_____,
Debtor

Case No. _____
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | **VALUE** _____ | | | | | |

_0_ Continuation sheets attached

|  |  |  |
|---|---|---|
| **Subtotal** ➤ (Total of this page) | | $0.00 |
| **Total** ➤ (Use only on last page) | | $0.00 |

(Report total also on Summary of Schedules)

Form B6E
(10/05)

In re **Sunroom Creations, Inc.** _____    Case No. _____
_____Debtor_____                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

6  Continuation sheets attached

Form B6E -Cont.
(10/05)

In re    **Sunroom Creations, Inc.**                                    Case No. _____
                          Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Anqing XI & Kejiu Pu 1047 Wrens Gate Mundelein, IL  60060** | | | **Contract Related Claim** | | | | 10,370.50 | 0.00 |
| ACCOUNT NO. **Anthony & Louise Kram 513 Bernard Dr. Buffalo Grove, IL  60089** | | | **Contract Related Claim** | | | | 25,140.25 | 0.00 |
| ACCOUNT NO. **Carl & Mary Bell 15001 S. Park Ave. Oak Forest, IL  60452** | | | **Contract Related Claim** | | | | 24,666.00 | 0.00 |
| ACCOUNT NO. **David & Susan Anderson 767 S. Montclair Dr. Round Lake, IL  60073** | | | **Contract related claim** | | | | 13,335.25 | 0.00 |
| ACCOUNT NO. **David Clydesdale & Sarah Stark 1370 N. Oakmont Road Hoffman Estates, IL  60169** | | | **Contract Related Claim** | | | | 18,900.00 | 0.00 |
| ACCOUNT NO. **06 M3- 1917** **Dennis & Betty Romanowski 1158 Idaho St. Carol Stream, IL  60188** | | | **Contract Related Claim** | | | | 28,390.50 | 28,390.50 |

Sheet no. _1_ of _6_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule E.)**

(Report total also on Summary of Schedules)

| **$120,802.50** | **$28,390.50** |
|---|---|

Form B6E -Cont.
(10/05)

In re **Sunroom Creations, Inc.** _____      Case No. _____
                    Debtor                                                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Dennis Massar<br>1549 Colorado Lane<br>Elk Grove, IL  6007** | | | **Contract Related Claim** | | | | **14,000.00** | **0.00** |
| ACCOUNT NO.<br><br>**Hassan Dahik & Ximena Parra<br>3326 W. Northshore<br>Lincolnwood, IL  60712** | | | **Contract Related Claim** | | | | **13,678.25** | **0.00** |
| ACCOUNT NO.<br><br>**James & Cheryl Ferrill<br>1710 Washington St.<br>Evanston, IL  60202** | | | **Suit For Money** | | | | **5,785.00** | **0.00** |
| ACCOUNT NO.<br><br>**Jan Tendrick<br>515 S. Oak Park Ave.<br>Oak Park, IL  60304** | | | **Contract Related Claim** | | | | **14,625.00** | **0.00** |
| ACCOUNT NO.<br><br>**Jodi Tauber<br>One Pennsbury Court<br>Boloingbrook, IL  60440** | | | **Contract Related Claim** | | | | **17,326.25** | **0.00** |
| ACCOUNT NO.<br><br>**Jorge Monterrose<br>6130 N. Bernard St.<br>Chicago, IL  60659** | | | **Contract Related Claim** | | | | **13,525.00** | **0.00** |

Sheet no. 2 of 6 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➢
(Total of this page)

| **$78,939.50** | **$0.00** |
|---|---|

Total ➢
**(Use only on last page of the completed Schedule E.)**
(Report total also on Summary of Schedules)

Form B6E -Cont.
(10/05)

In re   **Sunroom Creations, Inc.**                                     Case No. _____
_____                              (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ken & Cynthia Clark**<br>**1988 Lone Lane**<br>**Aurora, IL  60503** | | | **Contract Related Claim** | | | | **100.00** | **0.00** |
| ACCOUNT NO.<br>**Laura Manion**<br>**1505 Chestnut St.**<br>**Elgin, IL  60120** | | | **Contract Related Claim** | | | | **11,975.34** | **0.00** |
| ACCOUNT NO.<br>**Lawrence & Linda Dybis**<br>**404 53rd Street**<br>**Western Springs, IL  60558** | | | **Contract Related Claim** | | | | **10,717.60** | **0.00** |
| ACCOUNT NO.<br>**Marilyn Wolken & Jodi Tauber**<br>**1 Pennsbury Court**<br>**Boilingbrook, IL  60440** | | | **Contract Related Claim** | | | | **0.00** | **0.00** |
| ACCOUNT NO.<br>**Martin & Cindy Klebba**<br>**28 Old Barn Road**<br>**Hawthorn Woods, IL  60047** | | | **Contract Related Claim** | | | X | **15,670.00** | **0.00** |
| ACCOUNT NO.<br>**Maxima Devenecia**<br>**9326 N. Greenwood Ave.**<br>**Des Plaines, IL  60016** | | | **Contract Related Claim** | | | | **7,725.00** | **0.00** |

Sheet no. _3_ of _6_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➢
(Total of this page)

**$46,187.94** | **$0.00**

Total ➢
**(Use only on last page of the completed Schedule E.)**

(Report total also on Summary of Schedules)

Form B6E -Cont.
(10/05)

In re    **Sunroom Creations, Inc.**                                    Case No. _____
                                                                                    (If known)
                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority: Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Michael & Joan Tripicchio**<br>**125 Will Scarlet Lane**<br>**Elgin, IL  60120** | | | **Contract Related Claim** | | | | **2,350.00** | **0.00** |
| ACCOUNT NO.<br>**Sidney Brunk**<br>**116 Cloverdale Lane**<br>**Schaumburg, IL  60194** | | | **Contract Related Claim** | | | | **19,825.00** | **0.00** |
| ACCOUNT NO.<br>**Stephen & Barbara VanArsdale**<br>**414 Can-Dota Ave. South**<br>**Mt. Prospect, IL  60056** | | | **Contract Related Claim** | | | | **30,468.00** | **0.00** |
| ACCOUNT NO.<br>**Steve & Jackie Lisewski**<br>**12621 Windwood Rd.**<br>**Palos Park, IL  60464** | | | **Contract Related Claim** | | | | **6,420.00** | **0.00** |
| ACCOUNT NO.<br>**Steven & Joann Maggio**<br>**15321 Windsor Dr.**<br>**Orland Park, IL  60462** | | | **Contract Related Claim** | | | | **7,103.27** | **0.00** |
| ACCOUNT NO.<br>**Syed Ahmed**<br>**615 Country Trail Court**<br>**Island Lake, IL  60042** | | | **Contract Related Claim** | | | | **19,924.20** | **0.00** |

Sheet no. 4 of 6 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➢
(Total of this page)          **$86,090.47**            **$0.00**

Total ➢
**(Use only on last page of the completed Schedule E.)**
(Report total also on Summary of Schedules)

Form B6E -Cont.
(10/05)

In re   **Sunroom Creations, Inc.**                                         Case No. _____
_____                                              (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Thomas Trinen**<br>**1572 South California**<br>**Palatine, IL  60067** | | | **Contract Related Claim** | | | | **7,475.00** | **0.00** |
| ACCOUNT NO.<br><br>**Vernon Forde & Erlene Lee-Ford**<br>**1283 W. Oakmont Road**<br>**Hoffman Estates, IL  60169** | | | **Contract Related Claim** | | | | **13,732.00** | **13,732.00** |
| ACCOUNT NO.<br><br>**Xlaohe Shower Qi & Rong Shi**<br>**1231 Narragansette Dr.**<br>**Carol Stream, IL  60188** | | | **Contract Related Claim** | | | | **23,250.00** | **0.00** |
| ACCOUNT NO.<br><br>**Zenon & Constance Petriekis**<br>**4264 W.  107th St.**<br>**Oak Lawn, IL  60453** | | | **Contract Related Claim** | | | | **2,303.00** | **0.00** |

Sheet no. _5_ of _6_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➢
(Total of this page)

| | |
|---|---|
| **$46,760.00** | **$13,732.00** |

**Total** ➢
**(Use only on last page of the completed Schedule E.)**

(Report total also on Summary of Schedules)

Form B6E -Cont.
(10/05)

In re   **Sunroom Creations, Inc.**                              Case No. _____
_____                                        (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4311367**<br>**IDES**<br>**260 Indian Trail**<br>**Aurora, IL  60505** | | | **Past Due Unemployment Insurance Contributions** | | | | 2,110.53 | 2,110.53 |

Sheet no. <u>6</u> of <u>6</u> sheets attached to Schedule of Creditors Holding Priority Claims

|  |  |  |
|---|---|---|
| Subtotal<br>(Total of this page) ➤ | **$2,110.53** | **$2,110.53** |
| **Total** ➤<br>**(Use only on last page of the completed Schedule E.)** | **$380,890.94** | **$44,233.03** |

(Report total also on Summary of Schedules)

Form B6F (10/05)

In re __Sunroom Creations, Inc._____   Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   012-536-667-64<br><br>American Family Insurance<br>American Family<br>Madison, WI 53777-0001 | | | Comercial Insurance | | | | 5,391.67 |
| ACCOUNT NO.   8006554488-13939-1<br><br>American Financial Management, Inc.<br>3715 Ventura Dr.<br>Arlington Heights, IL  60004 | | | Bond Money to do City Work | | | | 92.75 |
| ACCOUNT NO.   3066-10-019636-2<br><br>Arc Disposal & Recycling Company<br>2101 S. Busse Road<br>Mt. Prospect, IL  60056 | | | Dumpster Rental | | | | 184.88 |
| ACCOUNT NO.   05 LK 576<br><br>Ariano, Hardy, Nyuli, et al.<br>474 Summit St.<br>Elgin, IL  60120-3829 | | | Notice to attorneys for Stangel Electrical Contractors, Inc. | | | | 0.00 |
| ACCOUNT NO.   06 M3-1917<br><br>Byung H. Whang<br>Attorney at Law<br>115 S. Wilke Rd., Ste. 200<br>Arlington Heights, IL  60005 | | | Notice to attorney for Dennis & Betty Romanowski | | | | 0.00 |

_6_   Continuation sheets attached

Subtotal   ➤

Total   ➤
**(Use only on last page of the completed Schedule F.)**
(Report also on Summary of Schedules)

| | |
|---|---|
| Subtotal | $5,669.30 |
| Total | |

Form B6F - Cont.
(10/05)

In re  **Sunroom Creations, Inc.**                                        Case No. _____

                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2403**<br><br>**Capa Construction**<br>**417 W. Grand Ave.**<br>**Lake Zurich, IL  60047** | | | **Subcontractor Fees** | | | | **11,265.34** |
| ACCOUNT NO.<br><br>**Capitol Color**<br>**85 Market Street**<br>**Elgin, IL  60123** | | | **Advertising** | | | | **8,000.00** |
| ACCOUNT NO.  **3746163032**<br><br>**Com Ed**<br>**Bill Payment center**<br>**Chicago, IL  60668-0001** | | | **Utility Bill** | | | | **206.34** |
| ACCOUNT NO.  **79027**<br><br>**Comfort Line**<br>**5500 Enterprise Blvd.**<br>**Toledo, Ohio  43612** | | | **Sunroom Manufacturer** | | | | **14,009.00** |
| ACCOUNT NO.  **67921-1730-01**<br><br>**Cosmopolitan Service Corp.**<br>**1606 Colonial Parkway**<br>**Inverness, IL  60067** | | | **Collector for Market Share Coupon Distribution** | | | | **24,212.50** |

Sheet no.  1  of 6  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                Subtotal  ➤                    **$57,693.18**
                                                            (Total of this page)

                                                                Total  ➤
                                        **(Use only on last page of the completed Schedule F.)**
                                        (Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re   **Sunroom Creations, Inc.**                    Case No. _____
                    Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8479231245** <br><br> **Daily Herald** <br> **P.O. Box 1400** <br> **Arlington Heights, IL  60006** | | | **Classified Ads in Newspaper** | | | | **295.15** |
| ACCOUNT NO. <br><br> **Discover Network** <br> **P.O. Box 3011** <br> **New Albaby, OH  43054-3011** | | | **Customer Chargeback for Non-Receipt of Goods** <br> **REF#  R 9882 40 6179 404 00014701** | | | | **5,185.31** |
| ACCOUNT NO. **1Y773** <br><br> **Focus Receivables Management** <br> **1130 Northchase Parkway, Ste. 150** <br> **Marietta, GA  30067** | | | **Collector for BP Amoco** | | | | **2,116.75** |
| ACCOUNT NO. **SUNR-00001-000** <br><br> **Genova Products** <br> **7034 East Court Street** <br> **Davison, MI  48423** | | | **Subcontractor Fees** | | | | **1,183.28** |
| ACCOUNT NO. <br><br> **IST** <br> **748 Bayberry Dr.** <br> **Cary, IL  60013** | | | **Rent for Van & Trailer** | | | | **6,600.00** |

Sheet no. _2_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤

(Total of this page)

**$15,380.49**

Total ➤

**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  **Sunroom Creations, Inc.**                                    Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **42216**<br><br>**Jeffery Wriedt & Company CPA's**<br>**35 Winham St.**<br>**Salinas, CA  93901** | | | **CPA Charges** | | | | **785.92** |
| ACCOUNT NO.  **Case No. 588920**<br><br>**Joyce Manufacturing Col., Inc.**<br>**1125 Berea Inn.. Parkway**<br>**Berea, OH  44017** | | | **Suit For Money filed in Cuyahoga County, Ohio** | | | | **51,015.08** |
| ACCOUNT NO.<br><br>**K&N Electric**<br>**1192 Jasmine Court**<br>**Bartlett, IL  60103** | | | **Subconractor Fees** | | | | **450.00** |
| ACCOUNT NO.<br><br>**Losurdo & Panzela Builders**<br>**1684 Wright Blvd.**<br>**Schaumburg, IL  60193** | | | **Office Lease with Real Estate Taxes Due** | | | | **3,000.74** |
| ACCOUNT NO.  **82131140224259**<br><br>**Lowes Commercial Services**<br>**P.O. Box 530970**<br>**Atlanta, GA  30353** | | | **Misc. Credit Card Use** | | | | **448.15** |

Sheet no.  3  of 6  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)          | **$55,699.89** |

Total ➤
**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re **Sunroom Creations, Inc.** _____     Case No. _____
                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **06 M3-1282** <br><br> **Michael A. Dunn** <br> **Attorney at Law** <br> **120 W. Golf Rd., Ste. 105** <br> **Schaumburg, IL  60195** | | | **Notice to attorney for Dennis Massar** | | | | **0.00** |
| ACCOUNT NO.  **348872** <br><br> **MPower Comminications** <br> **P.O. Box 60767** <br> **Los Angeles, CA  90060** | | | **Telephone** | | | | **1,512.28** |
| ACCOUNT NO. <br><br> **Online Date Corporation** <br> **2 Westbrook Corp Ctr., Ste. 200** <br> **Westchester, IL  60154** <br> **R  9882 40 616** | | | **Customer Chargeback for Non-Receipt of Goods** <br> **REF # 8548614613470074355013** | | | | **17,436.50** |
| ACCOUNT NO.  **2006 M3-002388** <br><br> **Pinderski & Pinderski, Ltd.** <br> **Attorneys at Law** <br> **115 W. Colfax** <br> **Palatine, IL  60067** | | | **Notice to attorneys for Syed Ahmed** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Richard A. Devine** <br> **Cook County State's Attorney's Office** <br> **69 West Washington, Ste. 930** <br> **Chicago, IL  60602** | | | **Notice only to State's Attorney** | | | | **0.00** |

Sheet no. 4 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | **$18,948.78**
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  **Sunroom Creations, Inc.**                                    Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2005 M2-000852**<br>**Roger H. Simon**<br>**Attorney at Law**<br>**1560 Sherman Ave., #301**<br>**Evanston, IL  60201** | | | **Notice to attorney for James & Cheryl Ferrill** | | | | 0.00 |
| ACCOUNT NO.<br>**Ronald Primack**<br>**18401 Maple Creek Dr., Ste. 100**<br>**Tinely Park, IL  60477** | | | **Civil Attorney** | | | | 1,100.00 |
| ACCOUNT NO.<br>**Secretary of State**<br>**Driver Service Department**<br>**2701 S. Dirksen Parkway**<br>**Springfield, IL  62723** | | | **Auto Title Fees** | | | | 112.00 |
| ACCOUNT NO.  **05 LK 576**<br>**Stangel Electrical Contractors, Inc.**<br>**10 Fallstone Dr.**<br>**Streamwood, IL  60107** | | | **Suit For Money** | | | | 67,045.00 |
| ACCOUNT NO.  **601110005007208**<br>**Staples**<br>**P.O. Box 6721**<br>**The Lakes, NV 88901** | | | **Office Supplies** | | | | 52.00 |

Sheet no.  5  of 6  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢
(Total of this page)

| **$68,309.00** |
|---|

Total  ➢
**(Use only on last page of the completed Schedule F.)**
(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re **Sunroom Creations, Inc.** _____   Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **135R** <br><br> **Sunrooms of America** <br> **674 Amity Road** <br> **Bethany, CT 06524** | | | **Brochures** | | | | **434.70** |
| ACCOUNT NO.    **06 CV 588920** <br><br> **Thomas C. Schrader** <br> **1301 E. Ninth St.** <br> **Cleveland, OH  44114** | | | **Attorney for Joyce Manufacturing, Inc.** | | | | **51,015.08** |
| ACCOUNT NO.    **505674038** <br><br> **Verizon Wireless** <br> **777 Big Timber Road** <br> **Elgin, IL  60123** | | | **Cell Phones** | | | | **310.47** |
| ACCOUNT NO.    **860078112** <br><br> **Wholesale Collectors Association** <br> **Dept.. Number 1004** <br> **P.O. Box 48146** <br> **Niles, IL  60714** | | | **Collector for WW Granger** | | | | **740.31** |

Sheet no.  6  of  6  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | **$52,500.56**
(Total of this page)

Total ➤ | **$274,201.20**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Form B6G
(10/05)

In re:  __Sunroom Creations, Inc._____,          Case No. _____
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

❑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **IST**<br>**748 Bay Berry Dr.**<br>**Cary, IL  60013** | **Van,Trailer & Dargo Car Hauler** |
| **Losurdo & Panzela Builders**<br>**1684 Wright Blvd.**<br>**Schuamburg, IL  60193** | **Office Lease** |

Form B6H
(10/05)

In re: **Sunroom Creations, Inc.** _____.     Case No. _____
                        **Debtor**                                                  **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

Form 6- Summ

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re **Sunroom Creations, Inc.**                    ,        Case No. _____

Debtor

Chapter   _7_____

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 25,782.57 | | |
| C - Property Claimed as Exempt | YES | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 7 | | $ 380,890.94 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 274.201.20 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| **Total** | | | $ 25,782.57 | $ 655,092.14 | |

Official Form 6 - Decl.
(10/05)

In re **Sunroom Creations, Inc.** _____    Case No. _____

_____
**Debtor**    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the <u>Corporation</u> named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 24 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date  **9/14/2006** _____    Signature:  **s/ Dorsie Wayne Mosher III** _____

**Dorsie Wayne Mosher III President** _____

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 7
(10/05)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re: **Sunroom Creations, Inc.**                                    Case No. _____

_____,

Debtor                                                      (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **1,619,416.00** | **Sunroom Creations Employment** | **9/1/02-8/31/03** |
| **1,291,909.00** | **Sunroom Creation Employment** | **9/1/03-8/31/04** |
| **710,135.11** | **Sunroom Creation Employment** | **9/1/04-8/31/05** |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.   *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less that $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Form 7-Cont.
(10/05)

None
☐

b.  *Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Bell Concrete P.O. Box 705 Wayne, IL  60184** | **6/23/06** | **3,500.00** | |
| **Online Data Corporation 2 Westbrook Corp Ctr., Ste. 200 Westchester, IL  60154 R  9882 40 616** | **6/12/06** | **755.28** | |

None
☐

c.  *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Dorsie Wayne Mosher Self** | **9/05-9/06** | **28,533.00** | |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Syed Ahmed v. Sunroom Creations 06-M3-2388** | **Suit for Money** | **Circuit Court of Cook County** | **Pending** |
| **Joyce Mfc., Inc. v. Sunroom Creations 06 CV 588920** | **Suit for money** | **Cuyahoga Counry Court of Common Pleas Ohio** | **Pending** |
| **Stangel Electrical Contractors, Inc. v. Sunroom Creations 05 LK 576** | **Suit for Money** | **Circuit Court, Kane County** | **Pending** |
| **Jorge Monterroso V. Sunroom Creations 05 CS 011893** | **Violation of Chicago Municipal Code** | **City of Chicago Court** | |

Form 7-Cont.
(10/05)

| | | | |
|---|---|---|---|
| **Dennis Massar v.**<br>**Sunroom Creations**<br>**06 M 31282** | **Suit for Money** | **Circuit Court of Cook County** | **Judgment for**<br>**Plaintiff** |
| **James & Cheryl Ferrill v.**<br>**Sunroom Creations**<br>**05-M 200852** | **Case for Money** | **Circuit Court of Cook County** | **Judgment for**<br>**Plaintiff** |
| **Dennis Romanowski v. Sunroom**<br>**Creations**<br>**06-M3-1917** | **Suit for Money** | **Circuit Court of Cook County** | **Pending** |

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS | | DESCRIPTION |
|---|---|---|
| OF PERSON FOR WHOSE | DATE OF | AND VALUE OF |
| BENEFIT PROPERTY WAS SEIZED | SEIZURE | PROPERTY |

## 5.   Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | DATE OF REPOSSESSION, | DESCRIPTION |
|---|---|---|
| NAME AND ADDRESS | FORECLOSURE SALE | AND VALUE OF |
| OF CREDITOR OR SELLER | TRANSFER OR RETURN | PROPERTY |
| **IST**<br>**748 Bayberry Dr.**<br>**Cary, IL  60013** | **07/19/2006** | **2002 Chevy Express Cargo Van; $5,000** |

## 6.   Assignments and receiverships

None
☑

a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | | TERMS OF |
|---|---|---|
| NAME AND ADDRESS | DATE OF | ASSIGNMENT |
| OF ASSIGNEE | ASSIGNMENT | OR SETTLEMENT |

b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Form 7-Cont.
(10/05)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions made by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Andrew Mosher Purdue University West Lafayette, IN** | **Son** | **05/30/2006** | **Computer - $1,400.00** |

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Gregory J. Martucci, P.C. 1150 W. Lake St., Suite B Roselle, IL  60172** | **7/06 - 9/06** | **$1500 + $299 costs** |

## 10.  Other transfers

None
☐

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

Form 7-Cont.
(10/05)

| | | |
|---|---|---|
| **?** | | |
| **Wisconsin** | **08/24/2006** | **Box Trailer** |
| | | **$300.00** |
| | | |
| **Dorsie Wayne Mosher** | | |
| **Self** | **08/12/2006** | **1997 Infinity  QX4** |
| | | **Blue Book Value** |
| | | **$3,800.00** |

None
☑

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER | DATE(S) OF | AMOUNT OF MONEY OR DESCRIPTION |
|---|---|---|
| DEVICE | TRANSFER(S) | AND VALUE OF PROPERTY OR DEBTOR'S |
| | | INTEREST IN PROPERTY |

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | TYPE OF ACCOUNT, LAST FOUR | AMOUNT AND |
|---|---|---|
| NAME AND ADDRESS | DIGITS OF ACCOUNT NUMBER, | DATE OF SALE |
| OF INSTITUTION | AND AMOUNT OF FINAL BALANCE | OR CLOSING |

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | NAMES AND ADDRESSES | DESCRIPTION | DATE OF TRANSFER |
|---|---|---|---|
| OF BANK OR | OF THOSE WITH ACCESS | OF | OR SURRENDER, |
| OTHER DEPOSITORY | TO BOX OR DEPOSITORY | CONTENTS | IF ANY |

## 13.  Setoffs

None
☑

Form 7-Cont.
(10/05)

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor
within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all
premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a
joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of
hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium,
including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit
that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the
date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Form 7-Cont.
(10/05)

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party
to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Sunroom Creations, Inc.** | **36-4484317** | **902 Albion Ave. Schaumburg, IL  60193** | **Build Sunroom Additions** | **12/05/2001** **08/28/2006** |

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None
☐

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of
this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Christin Terwilliger 164 Cripple Creek Ct. Schaumburg, IL  60194** | **3/02-3/04** |

Form 7-Cont.
(10/05)

| | |
|---|---|
| **Lindsay McFadden**<br>**842 Spring Creek Court**<br>**Elk Gove Village, IL  60007** | **3/1/04-9/12/04** |
| **Mary Wyton**<br>**137 Linden Ave.**<br>**Streamwood, IL  60107** | **2/28/05-6/2/06** |
| **Rita Moss**<br>**880 S. Plum Grove Road**<br>**Palatine, IL  60067** | **9/20/04-10/15/04** |
| **Sabah Green** | **2004** |
| **Tanya Mackay**<br>**459 Cambridge Sr.**<br>**Palatine, IL  60067** | **10/04-1/15/05** |

b.   List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☐

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jeffrey Wriedt & Co.**<br>**30 Winham St.**<br>**Salinas, CA  93901** | |

c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None
☐

| NAME | ADDRESS |
|---|---|
| **Dorsie Wayne Mosher** | **221 Ascot Lane**<br>**Streamwood, IL  60107** |
| **Mary Wyton** | **137 Linden**<br>**Streamwood, IL  60107** |

d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case by the debtor.

None
☐

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Harris Trust Bank**<br>**110 E. Irving Park Rd.**<br>**Roselle, IL  60172** | |

## 20.  Inventories

None
☐

a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

Form 7-Cont.
(10/05)

| 01/20/2006 | Dorsie Mosher | 9,575.00 | Resale Value |
| 07/20/2006 | Dorsie Mosher | 9,575.00 | Resale Value |

b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| 07/20/2006 | Dorsie Mosher<br>221 Ascot Lane<br>Streamwood, IL  60107 |

## 21.  Current Partners, Officers, Directors and Shareholders

None
☑

a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None
☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Dorsie Wayne Mosher<br>221 Ascot Lane<br>Streamwood, IL  60107 | President | 100% Stock Ownership |

## 22.  Former partners, officers, directors and shareholders

None
☑

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None
☐

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Steve Cohn<br>4700 Arbor Dr.<br>Rolling Meadows, IL  60008 | VP of Sales | 02/05/2006 |

## 23.  Withdrawals from a partnership or distributions by a corporation

None
☐

Form 7-Cont.
(10/05)

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given
to an insider, including compensation in any form, bonuses, loans, stock redemptions, options
exercised and any other perquisite during **one year** immediately preceding the commencement
of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Dorsie Wayne Mosher**<br>**221 Ascot Lane**<br>**Streamwood, IL  60107**<br>     **Self** | **Compensation; reimbursement**<br>**of expenses paid over past 12**<br>**months** | **7000** |

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
preceding the commencement of the case.

NAME  OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the
debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the
commencement of the case.

NAME  OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **9/14/2006**                    Signature   **s/ Dorsie Wayne Mosher III**

                                        **Dorsie Wayne Mosher III, President**
                                        Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:   **Sunroom Creations, Inc.** _____

Debtor

Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,500.00 |
| Prior to the filing of this statement I have received | $ | 1,500.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☒ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]

      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Adversary Proceedings**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **9/14/2006** _____

_____

**Gregory J. Martucci, Bar No.  6185842**

**Law Office of Gregory J. Martucci, P.C.**
Attorney for Debtor(s)

**Form 6-Summ2**

**(10/05)**

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re   **Sunroom Creations, Inc.**

Debtor

Case No. _____

Chapter   **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $2,110.53 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ 2,110.53 |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

In re:   **Sunroom Creations, Inc.**                                      Case No. _____

Chapter   **7**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                    $    **679,687.13**

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

    2.  Gross Monthly Income:                                          $             **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)            $         **0.00**
    4.  Payroll Taxes                                                  **0.00**
    5.  Unemployment Taxes                                            **0.00**
    6.  Worker's Compensation                                         **0.00**
    7.  Other Taxes                                                    **0.00**
    8.  Inventory Purchases (Including raw materials)                  **0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray                        **0.00**
   10.  Rent (Other than debtor's principal residence)           **2,200.00**
   11.  Utilities                                                  **381.97**
   12.  Office Expenses and Supplies                              **604.00**
   13.  Repairs and Maintenance                                   **200.00**
   14.  Vehicle Expenses                                          **600.00**
   15.  Travel and Entertainment                                    **0.00**
   16.  Equipment Rental and Leases                               **600.00**
   17.  Legal/Accounting/Other Professional Fees                    **0.00**
   18.  Insurance                                                   **0.00**
   19.  Employee Benefits (e.g., pension, medical, etc.)          **900.00**
   20.  Payments to Be Made Directly By Debtor to Secured Creditors For
       Pre-Petition Business Debts (Specify):

       **None**

   21.  Other (Specify):

       **Telephone**                                            **604.00**

       **Auto Insurance**                                       **309.50**

       **Commercial Insurance**                                 **701.57**

   22.  Total Monthly Expenses (Add items 3 - 21)                 $       **7,101.04**

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

   23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)   $      **(7,101.04)**