Hearing Date:"Lwpg"32."4232
Hearing Time:"32:52"c0b0
Location: 219 S. Dearborn St., Courtroom"866
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                              §""""""""Ej cr vgt"9
                                                    §
SUNROOM CREATIONS, INC.                             §    Case No. 06-11509
                                                    §
            Debtor"""""                             "§"""""""""J qp0Rco gnc"U0J qnku

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ____ of the United States Bankruptcy Code on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $ _____

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]           $ _____

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $          .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $        as interim compensation and now requests a sum of $        , for a total compensation of $      .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $      , for total expenses of $        .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JAY A. STEINBERG, TRUSTEE_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 06-11509 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | SUNROOM CREATIONS, INC. | | | Date Filed (f) or Converted (c): | 09/14/06 (f) |
| | | | | 341(a) Meeting Date: | 10/12/06 |
| For Period Ending: | 04/19/10 | | | Claims Bar Date: | 04/11/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT<br>   Harris Bank, 110 E. Irving Park Rd., Roselle, IL<br>   Account # 7540017742 | 0.00 | 0.00 | | 0.00 | FA |
| 2. SECURITY DEPOSIT<br>   Losurdo Panzeca Builders<br>   1684 Wright Blvd.<br>   Schaumburg, IL 60193 | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE<br>   Dan & Theresa Carlquist<br>   6730 Plymouth Road<br>   Downers Grove, IL | 1,451.77 | 1,451.77 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE<br>   Mark & Mary Beth Landeen<br>   900 Topanga Drive<br>   Palatine, IL | 3,129.00 | 3,129.00 | | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE<br>   Mike & Mary Karl<br>   15405 Douglas Parkway<br>   Lockport, IL | 3,973.39 | 3,973.39 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE<br>   Othmar Edlbauer<br>   734 Meadow Drive<br>   Des Plaines, IL | 953.41 | 953.41 | | 0.00 | FA |
| 7. TRUCKS & TRAILERS<br>   2002 Flatbed Trailer | 500.00 | 300.00 | | 300.00 | FA |
| 8. OFFICE EQUIPMENT<br>   located at 902 Albion Ave, Schaumburg, IL | 1,590.00 | 750.00 | | 750.00 | FA |

LFORM1

Ver: 15.08

UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

FORM 1

Page: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 06-11509 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | SUNROOM CREATIONS, INC. | | | Date Filed (f) or Converted (c): | 09/14/06 (f) |
| | | | | 341(a) Meeting Date: | 10/12/06 |
| | | | | Claims Bar Date: | 04/11/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. INVENTORY<br>Materials - Wall & Roof Panels | 6,900.00 | 1,700.00 | | 1,700.00 | FA |
| 10. INVENTORY<br>Warehouse Inventory/ Tools | 585.00 | 250.00 | | 250.00 | FA |
| 11. OTHER CONTINGENT<br>Possible Asset Claim for theft - former secretary | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 12. Computer<br>asset was scheduled as part of office equipment but not offered for sale-- Computer was excluded from sale in order to recover and maintain debtor's business records stored on the system.  As this case has been fully administered, the Trustee no longer has use for the computer nor the records maintained thereon.  Trustee has contacted Cook County State's Attorney and counsel for the Debtor's principal and informed those parties that the Trustee intends to abandon the comptuer at the final hearing. | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 29.59 | Unknown |
| TOTALS (Excluding Unknown Values) | $25,282.57 | $18,707.57 | | $3,029.59 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold miscellaneous office eiqupment, construction materials, a flatbed trailer and misc. warehouse tools &
inventory in court-approved private sale;  Collected $3,000 in sale proceeds.  Also investigated potential avoidable
transfers; Liquidation of assets is complete.  In 2009, reviewed and inventoried 80+ boxes of debtor's records and

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 06-11509    PSH    Judge: PAMELA S. HOLLIS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | SUNROOM CREATIONS, INC. | Date Filed (f) or Converted (c): | 09/14/06 (f) |
| | | 341(a) Meeting Date: | 10/12/06 |
| | | Claims Bar Date: | 04/11/07 |

obtained court order authorizing destruction of same. Accountant prepared request for waiver of filing final return. Reviewed and inventoried contents of corporate computer and conferred with Cook County States Attorney re disposition of same. Will prepare Final Report and close case in 2010.

Initial Projected Date of Final Report (TFR): 06/30/08        Current Projected Date of Final Report (TFR): 06/30/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 06-11509 -PSH | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | SUNROOM CREATIONS, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1884 BofA - Money Market Account |
| Taxpayer ID No: | *******4317 | | | |
| For Period Ending: | 04/19/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/15/07 | | JAMES MURPHY | LIQUIDATION OF SCHEDULE B PROPERTY | | 3,000.00 | | 3,000.00 |
| | 7 | JIM MURPHY | Memo Amount: 300.00 | 1129-000 | | | |
| | 8 | JIM MURPHY | Memo Amount: 750.00 | 1129-000 | | | |
| | 9 | JIM MURPHY | Memo Amount: 1,700.00 | 1129-000 | | | |
| | 10 | JIM MURPHY | Memo Amount: 250.00 | 1129-000 | | | |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.73 | | 3,000.73 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.55 | | 3,003.28 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.47 | | 3,005.75 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.55 | | 3,008.30 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.47 | | 3,010.77 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.56 | | 3,013.33 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.56 | | 3,015.89 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.92 | | 3,017.81 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.93 | | 3,019.74 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 1.61 | | 3,021.35 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.44 | | 3,022.79 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 1.20 | | 3,023.99 |
| 02/18/08 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 3.82 | 3,020.17 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.72 | | 3,020.89 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.71 | | 3,021.60 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.62 | | 3,022.22 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.38 | | 3,022.60 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.37 | | 3,022.97 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.38 | | 3,023.35 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.38 | | 3,023.73 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.38 | | 3,024.11 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.29 | | 3,024.40 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.24 | | 3,024.64 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 3,024.80 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 06-11509 -PSH | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | SUNROOM CREATIONS, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1884  BofA - Money Market Account |
| Taxpayer ID No: | *******4317 | | | |
| For Period Ending: | 04/19/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,024.82 |
| 02/17/09 | 000302 | International Sureties, Ltd. | 2009 Blanket Bond Premium | 2300-000 | | 5.93 | 3,018.89 |
| | | 701 Poydras Street  #420 | Bond No. 016260455 | | | | |
| | | New Orleans   LA   70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,018.91 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,018.94 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 3,019.01 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 3,019.08 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,019.16 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,019.24 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,019.32 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 3,019.39 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 3,019.46 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,019.54 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,019.62 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 3,019.69 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 3,019.76 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,019.84 |

|  |  |  |  |
| --- | --- | --- | --- |
| Memo Allocation Receipts: | 3,000.00 | | |
| Memo Allocation Disbursements: | 0.00 | | |
| Memo Allocation Net: | 3,000.00 | | |

| Account *******1884 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | Deposits | 3,000.00 | 2 | Checks | 9.75 |
| | 38 | Interest Postings | 29.59 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 3,029.59 | | | |
| | | | | | Total | $ 9.75 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 3,029.59 | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 06-11509 -PSH | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | SUNROOM CREATIONS, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2414 BofA - Checking Account |
| Taxpayer ID No: | *******4317 | | |
| For Period Ending: | 04/19/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|   |   |   |   |
|---|---|---|---|
| Account *******2414 | Balance Forward | 0.00 | |
| 0 | Deposits | 0.00 | 0 Checks 0.00 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out 0.00 |
| | | | 0 Transfers Out 0.00 |
| | Subtotal | $ 0.00 | |
| | | | Total $ 0.00 |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | Total | $ 0.00 | |

| Memo Allocation Receipts: | 0.00 |
|---|---|
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| Report Totals | Balance Forward | 0.00 | |
|---|---|---|---|
| 1 | Deposits | 3,000.00 | 2 Checks 9.75 |
| 38 | Interest Postings | 29.59 | 0 Adjustments Out 0.00 |
| | | | 0 Transfers Out 0.00 |
| | Subtotal | $ 3,029.59 | |
| | | | Total $ 9.75 |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | Total | $ 3,029.59 | Net Total Balance $ 3,019.84 |

| Total Allocation Receipts: | 3,000.00 |
|---|---|
| Total Allocation Disbursements: | 0.00 |
| Total Memo Allocation Net: | 3,000.00 |

LFORM2T4
UST Form 101-7-TFR (9/1/2009) *(Page: 8)*

Ver: 15.08

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-11509 | Page 1 | Date: April 19, 2010 |
|---|---|---|---|
| Debtor Name: | SUNROOM CREATIONS, INC. | Claim Type Sequence | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011B 002 2410-00 | Losurdo & Panzeca Builders<br>1684 Wright Blvd<br>Schaumburg, IL 60193 | Administrative | Losurdo & Panzeca Builders has agreed to the voluntary subordination of its claim to the claim of Trustee's accountants. | $17,837.40 | $0.00 | $17,837.40 |
| | Subtotal For Claim Type 2410-00  Administrative Rent (post-petition | | | $17,837.40 | $0.00 | $17,837.40 |
| 002 3210-00 | SCOTT & KRAUS<br>150 SOUTH WACKER DRIVE<br>SUITE 2900<br>CHICAGO, IL 60610 | Administrative | S&K has agreed to the voluntary subordination of its claim to the claim of Trustee's accountants. | $28,213.50 | $0.00 | $28,213.50 |
| | Subtotal For Claim Type 3210-00  Attorney for Trustee Fees (Other Fi | | | $28,213.50 | $0.00 | $28,213.50 |
| 002 3220-00 | SCOTT & KRAUS<br>150 SOUTH WACKER DRIVE<br>SUITE 2900<br>CHICAGO, IL 60610 | Administrative | S&K has agreed to the voluntary subordination of its claim to the claim of Trustee's accountants. | $255.50 | $0.00 | $255.50 |
| | Subtotal For Claim Type 3220-00  Attorney for Trustee Expenses | | | $255.50 | $0.00 | $255.50 |
| 001 3410-00 | Popowcer & Katten, Ltd.<br>Attn:  Lois West<br>35 East Wacker Drive  #1550<br>Chicago  IL  6601 | Administrative | | $225.00 | $0.00 | $225.00 |
| | Subtotal For Claim Type 3410-00  Accountant for Trustee Fees (Other | | | $225.00 | $0.00 | $225.00 |
| 000016B 040 5600-00 | David Clydesdale & Sarah Stark<br>1370 N. Oakmont Road<br>Hoffman Estates, IL 60169 | Priority | | $2,225.00 | $0.00 | $2,225.00 |
| 000018B 040 5600-00 | Syed Ahmed<br>Pinderski & Pinderski Ltd<br>Attorneys at Law<br>115 W Colfax<br>Palatine, IL 60067 | Priority | (18-2) Amend claim to add creditor $200 deposit at contract signing | $2,225.00 | $0.00 | $2,225.00 |
| 000020B 040 5600-00 | Hassan Dahik<br>3326 W. Northshore Ave<br>Lincolnwood, IL 60712 | Priority | (20-1) Modified on 04/17/07 to correct PDF | $2,225.00 | $0.00 | $2,225.00 |
| 000024 040 5600-00 | Steve & Jackie Lisewski<br>12621 Wildwood Rd.<br>Palos Park, IL 60464 | Priority | | $3,564.00 | $0.00 | $3,564.00 |
| | Subtotal For Claim Type 5600-00  Deposits - 507(a)(6) | | | $10,239.00 | $0.00 | $10,239.00 |
| 000001 040 5800-00 | IDES<br>Bankruptcy Unit - 4th Floor<br>33 S State St.<br>Chicago, IL 60603 | Priority | | $2,277.45 | $0.00 | $2,277.45 |
| | Subtotal For Claim Type 5800-00  Claims of Governmental Units - | | | $2,277.45 | $0.00 | $2,277.45 |
| 000002 070 7100-00 | Stephen & Barbara VanArsdale<br>414 Can-Dota Ave. South<br>Mt. Prospect, IL 60056 | Unsecured | | $30,168.00 | $0.00 | $30,168.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-11509 | | Page 2 | | Date: April 19, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | SUNROOM CREATIONS, INC. | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003 070 7100-00 | MPower Comminications P.O. Box 60767 Los Angeles, CA 90060 | Unsecured | | $1,512.58 | $0.00 | $1,512.58 |
| 000004 070 7100-00 | Laura Manion 1505 Chestnut St. Elgin, IL 60120 | Unsecured | | $11,975.34 | $0.00 | $11,975.34 |
| 000005 070 7100-00 | Steven & Joann Maggio 15321 Windsor Dr. Orland Park, IL 60462 | Unsecured | | $7,103.27 | $0.00 | $7,103.27 |
| 000006 070 7100-00 | Stangel Electrical Contractors Inc. Ariano, Hardy, Nyuli, et al 474 Summit St Elgin, IL 60120 | Unsecured | | $67,045.00 | $0.00 | $67,045.00 |
| 000007 070 7100-00 | Ronald Primack 18401 Maple Creek Dr., Ste. 100 Tinely Park, IL 60477 | Unsecured | | $1,100.00 | $0.00 | $1,100.00 |
| 000008 070 7100-00 | Martin & Cindy Klebba 28 Old Barn Road Hawthorn Woods, IL 60047 | Unsecured | | $15,000.00 | $0.00 | $15,000.00 |
| 000009 070 7100-00 | Anthony & Louise Kram 513 Bernard Dr. Buffalo Grove, IL 60089 | Unsecured | | $28,640.00 | $0.00 | $28,640.00 |
| 000010 070 7100-00 | Xlaohe Shower Qi & Rong Shi 1231 Narragansette Dr. Carol Stream, IL 60188 | Unsecured | | $24,436.50 | $0.00 | $24,436.50 |
| 000011A 070 7100-00 | Losurdo & Panzeca Builders 1684 Wright Blvd Schaumburg, IL 60193 | Unsecured | | $7,316.71 | $0.00 | $7,316.71 |
| 000012 070 7100-00 | Jorge Monterrose 6130 N. Bernard St. Chicago, IL 60659 | Unsecured | | $9,000.00 | $0.00 | $9,000.00 |
| 000013 070 7100-00 | Cook County State"s Attorney Attn: Mr. Joseph Hudson 69 West Washington - Ste 930 Chicago, IL 60602 | Unsecured | | $150,000.00 | $0.00 | $150,000.00 |
| 000014 070 7100-00 | Vernon Forde & Erlene Lee-Forde 1283 W. Oakmont Road Hoffman Estates, IL 60169 | Unsecured | | $13,732.00 | $0.00 | $13,732.00 |
| 000015 070 7100-00 | Genova Products 7034 East Court Street Davison, MI 48423 | Unsecured | | $1,427.35 | $0.00 | $1,427.35 |
| 000016A 070 7100-00 | David Clydesdale & Sarah Stark 1370 N. Oakmont Road Hoffman Estates, IL 60169 | Unsecured | | $16,675.00 | $0.00 | $16,675.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 06-11509 | | Page 3 | | Date: April 19, 2010 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: | SUNROOM CREATIONS, INC. | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 000017 070 7100-00 | James & Cheryl Ferrill 1710 Washington St. Evanston, IL 60202 | Unsecured | | $6,058.75 | $0.00 | $6,058.75 |
| 000018A 070 7100-00 | Syed Ahmed Pinderski & Pinderski Ltd Attorneys at Law 115 W Colfax Palatine, IL 60067 | Unsecured | (18-2) Amend claim to add creditor $200 deposit at contract signing | $19,081.20 | $0.00 | $19,081.20 |
| 000019 070 7100-00 | Jodi Tauber One Pennsbury Court Boloingbrook, IL 60440 | Unsecured | | $17,316.25 | $0.00 | $17,316.25 |
| 000020A 070 7100-00 | Hassan Dahik 3326 W. Northshore Ave Lincolnwood, IL 60712 | Unsecured | (20-1) Modified on 04/17/07 to correct PDF | $11,453.25 | $0.00 | $11,453.25 |
| 000021 070 7100-00 | Lawrence & Linda Dybis 404 53rd Street Western Springs, IL 60558 | Unsecured | | $11,140.10 | $0.00 | $11,140.10 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $450,181.30 | $0.00 | $450,181.30 |
| 000022 080 7200-00 | Dennis & Betty Romanowski 1158 Idaho St. Carol Stream, IL 60188 | Unsecured | | $28,804.60 | $0.00 | $28,804.60 |
| 000023 080 7200-00 | David & Susan Anderson 767 S. Montclair Dr. Round Lake, IL 60073 | Unsecured | | $13,335.25 | $0.00 | $13,335.25 |
| 000025 080 7200-00 | Thomas Trinen 1572 S. California Avenue Palatine, IL 60067 | Unsecured | | $7,475.00 | $0.00 | $7,475.00 |
| 000026 080 7200-00 | Markethare Coupons Cosmopolitan Service Corp. 1606 Colonial Parkway Inverness, IL 60067 | Unsecured | | $0.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type 7200-00  Tardy General Unsecured 726(a)(3) | | | $49,614.85 | $0.00 | $49,614.85 |
| | Case Totals: | | | $558,844.00 | $0.00 | $558,844.00 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-11509
Case Name: SUNROOM CREATIONS, INC.
Trustee Name: JAY A. STEINBERG, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been cmqy gf "cpf 'y km'dg't ckf as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: _____ | $_____ | $_____ |
| Attorney for trustee: SCOTT & KRAUS | $_____ | $_____ |
| Appraiser: _____ | $_____ | $_____ |
| Auctioneer: _____ | $_____ | $_____ |
| Accountant: Popowcer & Katten, Ltd. | $_____ | $_____ |
| Special Attorney for trustee: _____ | $_____ | $_____ |
| Charges: _____ | $_____ | $_____ |
| Fees: _____ | $_____ | $_____ |
| Other: Losurdo & Panzeca Builders | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $_____ | $_____ |
| *Attorney for:* | | $_____ | $_____ |
| *Accountant for:* | | $_____ | $_____ |
| *Appraiser for:* | | $_____ | $_____ |
| *Other:* | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | IDES | $_____ | $_____ |
| 000016B | David Clydesdale & Sarah Stark | $_____ | $_____ |
| 000018B | Syed Ahmed | $_____ | $_____ |
| 000020B | Hassan Dahik | $_____ | $_____ |
| 000024 | Steve & Jackie Lisewski | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Stephen & Barbara VanArsdale | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | MPower Comminications | $ | $ |
| 000004 | Laura Manion | $ | $ |
| 000005 | Steven & Joann Maggio | $ | $ |
| 000006 | Stangel Electrical Contractors Inc. | $ | $ |
| 000007 | Ronald Primack | $ | $ |
| 000008 | Martin & Cindy Klebba | $ | $ |
| 000009 | Anthony & Louise Kram | $ | $ |
| 000010 | Xlaohe Shower Qi & Rong Shi | $ | $ |
| 000011A | Losurdo & Panzeca Builders | $ | $ |
| 000012 | Jorge Monterrose | $ | $ |
| 000013 | Cook County State"s Attorney | $ | $ |
| 000014 | Vernon Forde & Erlene Lee-Forde | $ | $ |
| 000015 | Genova Products | $ | $ |
| 000016A | David Clydesdale & Sarah Stark | $ | $ |
| 000017 | James & Cheryl Ferrill | $ | $ |
| 000018A | Syed Ahmed | $ | $ |
| 000019 | Jodi Tauber | $ | $ |
| 000020A | Hassan Dahik | $ | $ |
| 000021 | Lawrence & Linda Dybis | $ | $ |

      Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

      Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000022* | *Dennis & Betty Romanowski* | $_____ | $_____ |
| *000023* | *David & Susan Anderson* | $_____ | $_____ |
| *000025* | *Thomas Trinen* | $_____ | $_____ |
| *000026* | *Markethare Coupons* | $_____ | $_____ |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $_____ .