Hearing Date: June 10, 2010
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 644
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SUNROOM CREATIONS, INC. | § | Case No. 06-11509 PSH |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JAY A. STEINBERG, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the U.S. Bankruptcy Court
No. District of Illinois, Eastern Div.
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m.
on June 10, 2010
in Courtroom 644, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____
                                          Clerk of U.S. Bankruptcy Court

JAY A. STEINBERG, TRUSTEE
35 E. WACKER DR., SUITE 1550, CHICAGO, IL 60601

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re: §
§
SUNROOM CREATIONS, INC. § Case No. 06-11509 PSH
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 3,029.59 |
| *and approved disbursements of* | $ | 9.75 |
| *leaving a balance on hand of*[1] | $ | 3,019.84 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed and will be paid as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| *Trustee: Waived* | $ | $ |
| *Attorney for trustee: SCOTT & KRAUS* | $ 1,702.84 | $ 15.42 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Popowcer & Katten, Ltd.* | $ 225.00 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Other: Losurdo & Panzeca Builders* (landlord) | $ 0.00 | $ 1,076.58 |
| *Other:* _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,516.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | IDES | $ 2,277.45 | $ 0.00 |
| 000016B | David Clydesdale & Sarah Stark | $ 2,225.00 | $ 0.00 |
| 000018B | Syed Ahmed | $ 2,225.00 | $ 0.00 |
| 000020B | Hassan Dahik | $ 2,225.00 | $ 0.00 |
| 000024 | Steve & Jackie Lisewski | $ 3,564.00 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 450,181.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Stephen & Barbara VanArsdale | $ 30,168.00 | $ 0.00 |
| 000003 | MPower Comminications | $ 1,512.58 | $ 0.00 |
| 000004 | Laura Manion | $ 11,975.34 | $ 0.00 |
| 000005 | Steven & Joann Maggio | $ 7,103.27 | $ 0.00 |
| 000006 | Stangel Electrical Contractors Inc. | $ 67,045.00 | $ 0.00 |
| 000007 | Ronald Primack | $ 1,100.00 | $ 0.00 |
| 000008 | Martin & Cindy Klebba | $ 15,000.00 | $ 0.00 |
| 000009 | Anthony & Louise Kram | $ 28,640.00 | $ 0.00 |
| 000010 | Xlaohe Shower Qi & Rong Shi | $ 24,436.50 | $ 0.00 |
| 000011A | Losurdo & Panzeca Builders | $ 7,316.71 | $ 0.00 |
| 000012 | Jorge Monterrose | $ 9,000.00 | $ 0.00 |
| 000013 | Cook County State"s Attorney | $ 150,000.00 | $ 0.00 |
| 000014 | Vernon Forde & Erlene Lee-Forde | $ 13,732.00 | $ 0.00 |
| 000015 | Genova Products | $ 1,427.35 | $ 0.00 |
| 000016A | David Clydesdale & Sarah Stark | $ 16,675.00 | $ 0.00 |
| 000017 | James & Cheryl Ferrill | $ 6,058.75 | $ 0.00 |
| 000018A | Syed Ahmed | $ 19,081.20 | $ 0.00 |
| 000019 | Jodi Tauber | $ 17,316.25 | $ 0.00 |
| 000020A | Hassan Dahik | $ 11,453.25 | $ 0.00 |
| 000021 | Lawrence & Linda Dybis | $ 11,140.10 | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 49,614.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000022 | Dennis & Betty Romanowski | $ 28,804.60 | $ 0.00 |
| 000023 | David & Susan Anderson | $ 13,335.25 | $ 0.00 |
| 000025 | Thomas Trinen | $ 7,475.00 | $ 0.00 |
| 000026 | Markethare Coupons | $ 0.00 | $ 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

                                    Prepared By: /s/Jay A. Steinberg  
                                                             Chapter 7 Trustee

JAY A. STEINBERG, TRUSTEE  
35 EAST WACKER  
SUITE 1550  
CHICAGO, IL 60601-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: corrinal               Page 1 of 2                   Date Rcvd: May 12, 2010
Case: 06-11509                 Form ID: pdf006              Total Noticed: 75


The following entities were noticed by first class mail on May 14, 2010.
db              Sunroom Creations, Inc.,    901 Albion Ave.,    Schaumburg, IL 60193
aty            +James M McArdle,    Scott & Kraus, LLC,    150 South Wacker Drive,    Suite 2900,
                 Chicago, IL 60606-4206
aty            +Jason R. Sleezer,    Scott & Kraus, LLC,    150 S. Wacker Drive,    Suite 2900,
                 Chicago, IL 60606-4206
aty            +Melvin J Kaplan,    Melvin J Kaplan & Associates,    55 E Jackson Blvd Suite 650,
                 Chicago, IL 60604-4457
tr             +Jay A Steinberg, ESQ,    35 E. Wacker Drive, Suite 1550,    Chicago, IL 60601-2124
10914182        American Family Insurance,    American Family,    Madison, WI 53777-0001
10914183       +American Financial Management, Inc.,    3715 Ventura Dr.,    Arlington Heights, IL 60004-7696
10914184       +Anqing XI & Kejiu Pu,    1047 Wrens Gate,    Mundelein, IL 60060-1272
10914185       +Anthony & Louise Kram,    513 Bernard Dr.,    Buffalo Grove, IL 60089-3350
10914186       +Arc Disposal & Recycling Company,    2101 S. Busse Road,    Mt. Prospect, IL 60056-5566
10914187        Ariano, Hardy, Nyuli, et al.,    474 Summit St.,    Elgin, IL  60120-3829
10914188       +Byung H. Whang,    Attorney at Law,    115 S. Wilke Rd., Ste. 200,
                 Arlington Heights, IL 60005-1519
10914189       +Capa Construction,    417 W. Grand Ave.,    Lake Zurick, IL 60047-2480
10914190       +Capitol Color,    85 Market Street,    Elgin, IL 60123-5083
10914191       +Carl & Mary Bell,    15001 S. Park Ave.,    Oak Forest, IL 60452-1230
10914196       +Comfort Line,    5500 Enterprise Blvd.,    Toledo, Ohio 43612-3815
11256219       +Cook County State's Attorney,    Attn:  Mr. Joseph Hudson,    69 West Washington - Ste 930,
                 Chicago, IL 60602-3023
10914197       +Daily Herald,    P.O. Box 1400,    Arlington Heights, IL 60006-1400
10914198       +David & Susan Anderson,    767 S. Montclair Dr.,    Round Lake, IL 60073-5422
10914199       +David Clydesdale & Sarah Stark,    1370 N. Oakmont Road,    Hoffman Estates, IL 60169-1255
10914200       +Dennis & Betty Romanowski,    1158 Idaho St.,    Carol Stream, IL 60188-1387
10914201       +Dennis Massar,    1549 Colorado Lane,    Elk Grove, IL 60007-2807
11127826       +Discover Financial Service,    c/o Lori Winkelman,    2 North Central Avenue,
                 Phoenix, AZ 85004-2322
10914202        Discover Network,    P.O. Box 3011,    New Albaby, OH  43054-3011
10914203       +Focus Receivables Management,    1130 Northchase Parkway, Ste. 150,    Marietta, GA 30067-6429
10914204       +Genova Products,    7034 East Court Street,    Davison, MI 48423-2504
10914205       +Hassan Dahik,    3326 W. Northshore Ave,    Lincolnwood, IL 60712-3827
10914206       +IDES,    Bankruptcy Unit - 4th Floor,    33 S State St.,    Chicago, IL 60603-2804
10914208       +IST,    748 Bay Berry Dr.,    Cary, IL 60013-3218
10914207       +IST,    748 Bayberry Dr.,    Cary, IL 60013-3218
10914209       +James & Cheryl Ferrill,    1710 Washington St.,    Evanston, IL 60202-1632
10914192       +Jan Tendrick,    515 S. Oak Park Ave.,    Oak Park, IL 60304-1211
10914210       +Jeffery Wriedt & Company CPA's,    35 Winham St.,    Salinas, CA 93901-3314
10914211       +Jodi Tauber,    One Pennsbury Court,    Boloingbrook, IL 60440-1474
10914212       +Jorge Monterrose,    6130 N. Bernard St.,    Chicago, IL 60659-2212
10914213        Joyce Manufacturing Col., Inc.,    1125 Berea Inn.. Parkway,    Berea, OH  44017
10914214       +K&N Electric,    1192 Jasmine Court,    Bartlett, IL 60103-5863
10914215        Ken & Cynthia Clark,    1988 Lone Lane,    Aurora, IL 60503
10914216       +Laura Manion,    1505 Chestnut St.,    Elgin, IL 60120-4709
10914217       +Lawrence & Linda Dybis,    404 53rd Street,    Western Springs, IL 60558-2021
11238498       +Losurdo & Panzeca Builders,    1684 Wright Blvd.,    Schaumburg, IL 60193-4512
10914218       +Losurdo & Panzela Builders,    1684 Wright Blvd.,    Schaumburg, IL 60193-4512
10914219       +Losurdo & Panzela Builders,    1684 Wright Blvd.,    Schuamburg, IL 60193-4512
10914220       +Lowes Commercial Services,    P.O. Box 530970,    Atlanta, GA 30353-0970
10914193       +MPower Comminications,    P.O. Box 60767,    Los Angeles, CA 90060-0767
10914221       +Marilyn Wolken & Jodi Tauber,    1 Pennsbury Court,    Boilingbrook, IL 60440-1474
10914180       +Markethare Coupons,    Cosmopolitan Service Corp.,    1606 Colonial Parkway,
                 Inverness, IL 60067-4738
10914222       +Martin & Cindy Klebba,    28 Old Barn Road,    Hawthorn Woods, IL 60047-9150
10914223       +Maxima Devenecia,    9326 N. Greenwood Ave.,    Des Plaines, IL 60016-3940
10914224       +Michael & Joan Tripicchio,    125 Will Scarlet Lane,    Elgin, IL 60120-9513
10914225       +Michael A. Dunn,    Attorney at Law,    120 W. Golf Rd., Ste. 105,    Schaumburg, IL 60195-3618
10914226       +Online Date Corporation,    2 Westbrook Corp Ctr., Ste. 200,    Westchester, IL 60154-5718,
                 R   9882 40 616
10914227       +Pinderski & Pinderski, Ltd.,    Attorneys at Law,    115 W. Colfax,    Palatine, IL 60067-5015
10914228       +Richard A. Devine,    Cook County State's Attorney's Office,    69 West Washington, Ste. 930,
                 Chicago, IL 60602-3023
10914229       +Roger H. Simon,    Attorney at Law,    1560 Sherman Ave., #301,    Evanston, IL 60201-4803
10914230       +Ronald Primack,    18401 Maple Creek Dr., Ste. 100,    Tinely Park, IL 60477-2902
10914231       +Secretary of State,    Driver Service Department,    2701 S. Dirksen Parkway,
                 Springfield, IL 62723-0001
10914232       +Sidney Brunk,    116 Cloverdale Lane,    Schaumburg, IL 60194-3957
11165605       +Stangel Electrical Contractors Inc.,    Ariano, Hardy, Nyuli, et al,    474 Summit St,
                 Elgin, IL 60120-3829
10914233       +Stangel Electrical Contractors, Inc.,    10 Fallstone Dr.,    Streamwood, IL 60107-1087
10914234       +Staples,    P.O. Box 6721,    The Lakes, NV 88901-6721
10914235       +Stephen & Barbara VanArsdale,    414 Can-Dota Ave. South,    Mt. Prospect, IL 60056-3612
10914236       +Steve & Jackie Lisewski,    12621 Wildwood Rd.,    Palos Park, IL 60464-1587
10914237       +Steven & Joann Maggio,    15321 Windsor Dr.,    Orland Park, IL 60462-3815
10914238       +Sunrooms of America,    674 Amity Road,    Bethany, CT 06524-3024
11286318       +Syed Ahmed,    Pinderski & Pinderski Ltd,    Attorneys at Law,    115 W Colfax,
                 Palatine, IL 60067-5015
10914239       +Syed Ahmed,    615 Country Trail Court,    Island Lake, IL 60042-9646
10914240       +Thomas C. Schrader,    1301 E. Ninth St.,    Cleveland, OH 44114-1804
10914241       +Thomas Trinen,    1572 S. California Avenue,    Palatine, IL 60067-7524
10914194       +Vernon Forde & Erlene Lee-Forde,    1283 W. Oakmont Road,    Hoffman Estates, IL 60169-1235
10914181        Wholesale Collectors Association,    Dept.. Number 1004,    P.O. Box 48146,    Niles, IL  60714
```

```
District/off: 0752-1            User: corrinal             Page 2 of 2                Date Rcvd: May 12, 2010
Case: 06-11509                  Form ID: pdf006            Total Noticed: 75

10914243     +Xlaohe Shower Qi & Rong Shi,    1231 Narragansette Dr.,    Carol Stream, IL 60188-4843
10914244     +Zenon & Constance Petriekis,    4264 W. 107th St.,    Oak Lawn, IL 60453-4973

The following entities were noticed by electronic transmission on May 12, 2010.
10914195      E-mail/Text: legalcollections@comed.com                           Com Ed,    Bill Payment center,
               Chicago, IL   60668-0001
10914242     +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 13 2010 00:19:33      Verizon Wireless,
               777 Big Timber Road,    Elgin, IL 60123-1401
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Scott & Kraus LLC
                                                                                             TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 14, 2010**          **Signature:**   _Joseph Speetjens_