UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SUNROOM CREATIONS, INC. | § | Case No. 06-11509 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAY A. STEINBERG, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____       By:/s/JAY A. STEINBERG, TRUSTEE_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTL | | | | | |
| LOSURDO & PANZECA BUILDERS | | | | | |
| SCOTT & KRAUS | | | | | |
| SCOTT & KRAUS | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID CLYDESDALE & SARAH STARK | | | | | |
| HASSAN DAHIK | | | | | |
| STEVE & JACKIE LISEWSKI | | | | | |
| SYED AHMED | | | | | |
| IDES | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANTHONY & LOUISE KRAM | | | | | |
| COOK COUNTY STATE"S ATTORNEY | | | | | |
| DAVID CLYDESDALE & SARAH STARK | | | | | |
| GENOVA PRODUCTS | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HASSAN DAHIK | | | | | |
| JAMES & CHERYL FERRILL | | | | | |
| JODI TAUBER | | | | | |
| JORGE MONTERROSE | | | | | |
| LAURA MANION | | | | | |
| LAWRENCE & LINDA DYBIS | | | | | |
| LOSURDO & PANZECA BUILDERS | | | | | |
| MARTIN & CINDY KLEBBA | | | | | |
| MPOWER COMMINICATIONS | | | | | |
| RONALD PRIMACK | | | | | |
| STANGEL ELECTRICAL CONTRACTORS INC. | | | | | |
| STEPHEN & BARBARA VANARSDALE | | | | | |
| STEVEN & JOANN MAGGIO | | | | | |
| SYED AHMED | | | | | |
| VERNON FORDE & ERLENE LEE-FORDE | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| XLAOHE SHOWER QI & RONG SHI | | | | | |
| DAVID & SUSAN ANDERSON | | | | | |
| DENNIS & BETTY ROMANOWSKI | | | | | |
| MARKETHARE COUPONS | | | | | |
| THOMAS TRINEN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 06-11509 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | SUNROOM CREATIONS, INC. | | | | Date Filed (f) or Converted (c): | 09/14/06 (f) |
| | | | | | 341(a) Meeting Date: | 10/12/06 |
| For Period Ending: | 08/16/10 | | | | Claims Bar Date: | 04/11/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| Harris Bank, 110 E. Irving Park Rd., Roselle, IL | | | | | |
| Account # 7540017742 | | | | | |
| 2. SECURITY DEPOSIT | 2,200.00 | 2,200.00 | | 0.00 | FA |
| Losurdo Panzeca Builders | | | | | |
| 1684 Wright Blvd. | | | | | |
| Schaumburg, IL 60193 | | | | | |
| 3. ACCOUNTS RECEIVABLE | 1,451.77 | 1,451.77 | | 0.00 | FA |
| Dan & Theresa Carlquist | | | | | |
| 6730 Plymouth Road | | | | | |
| Downers Grove, IL | | | | | |
| 4. ACCOUNTS RECEIVABLE | 3,129.00 | 3,129.00 | | 0.00 | FA |
| Mark & Mary Beth Landeen | | | | | |
| 900 Topanga Drive | | | | | |
| Palatine, IL | | | | | |
| 5. ACCOUNTS RECEIVABLE | 3,973.39 | 3,973.39 | | 0.00 | FA |
| Mike & Mary Karl | | | | | |
| 15405 Douglas Parkway | | | | | |
| Lockport, IL | | | | | |
| 6. ACCOUNTS RECEIVABLE | 953.41 | 953.41 | | 0.00 | FA |
| Othmar Edlbauer | | | | | |
| 734 Meadow Drive | | | | | |
| Des Plaines, IL | | | | | |
| 7. TRUCKS & TRAILERS | 500.00 | 300.00 | | 300.00 | FA |
| 2002 Flatbed Trailer | | | | | |
| 8. OFFICE EQUIPMENT | 1,590.00 | 750.00 | | 750.00 | FA |
| located at 902 Albion Ave, Schaumburg, IL | | | | | |

Case 06-11509 Doc 53 Filed 08/31/10 Entered 08/31/10 16:08:24 Desc Main
Document Page 9 of 15

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 06-11509 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | SUNROOM CREATIONS, INC. | | | | Date Filed (f) or Converted (c): | 09/14/06 (f) |
| | | | | | 341(a) Meeting Date: | 10/12/06 |
| | | | | | Claims Bar Date: | 04/11/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. INVENTORY  Materials - Wall & Roof Panels | 6,900.00 | 1,700.00 | | 1,700.00 | FA |
| 10. INVENTORY  Warehouse Inventory/ Tools | 585.00 | 250.00 | | 250.00 | FA |
| 11. OTHER CONTINGENT  Possible Asset Claim for theft - former secretary | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 12. Computer  asset was scheduled as part of office equipment but not offered for sale-- Computer was excluded from sale in order to recover and maintain debtor's business records stored on the system. As this case has been fully administered, the Trustee no longer has use for the computer nor the records maintained thereon. Trustee has contacted Cook County State's Attorney and counsel for the Debtor's principal and informed those parties that the Trustee intends to abandon the comptuer at the final hearing. | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 29.76 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $25,282.57 | $18,707.57 | $3,029.76 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold miscellaneous office eqiupment, construction materials, a flatbed trailer and misc. warehouse tools &
inventory in court-approved private sale; Collected $3,000 in sale proceeds. Also investigated potential avoidable
transfers; Liquidation of assets is complete. In 2009, reviewed and inventoried 80+ boxes of debtor's records and

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | |
|---|---|
| Case No: | 06-11509    PSH    Judge: PAMELA S. HOLLIS |
| Case Name: | SUNROOM CREATIONS, INC. |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Date Filed (f) or Converted (c): | 09/14/06 (f) |
| 341(a) Meeting Date: | 10/12/06 |
| Claims Bar Date: | 04/11/07 |

obtained court order authorizing destruction of same. Accountant prepared request for waiver of filing final return. Reviewed and inventoried contents of corporate computer and conferred with Cook County States Attorney re disposition of same. Will prepare Final Report and close case in 2010.

Initial Projected Date of Final Report (TFR): 06/30/08     Current Projected Date of Final Report (TFR): 06/30/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-11509 -PSH | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | SUNROOM CREATIONS, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1884 BofA - Money Market Account |
| Taxpayer ID No: | *******4317 | | |
| For Period Ending: | 08/16/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/15/07 | | JAMES MURPHY | LIQUIDATION OF SCHEDULE B PROPERTY | | 3,000.00 | | 3,000.00 |
| | 7 | JIM MURPHY | Memo Amount: 300.00 | 1129-000 | | | |
| | 8 | JIM MURPHY | Memo Amount: 750.00 | 1129-000 | | | |
| | 9 | JIM MURPHY | Memo Amount: 1,700.00 | 1129-000 | | | |
| | 10 | JIM MURPHY | Memo Amount: 250.00 | 1129-000 | | | |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.73 | | 3,000.73 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.55 | | 3,003.28 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.47 | | 3,005.75 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.55 | | 3,008.30 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.47 | | 3,010.77 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.56 | | 3,013.33 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.56 | | 3,015.89 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.92 | | 3,017.81 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 1.93 | | 3,019.74 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 1.61 | | 3,021.35 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.44 | | 3,022.79 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 1.20 | | 3,023.99 |
| 02/18/08 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 3.82 | 3,020.17 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 0.72 | | 3,020.89 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.71 | | 3,021.60 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.62 | | 3,022.22 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.38 | | 3,022.60 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.37 | | 3,022.97 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.38 | | 3,023.35 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.38 | | 3,023.73 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.38 | | 3,024.11 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.29 | | 3,024.40 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.24 | | 3,024.64 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 3,024.80 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-11509 -PSH | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SUNROOM CREATIONS, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1884  BofA - Money Market Account |
| Taxpayer ID No: | *******4317 | | | |
| For Period Ending: | 08/16/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,024.82 |
| 02/17/09 | 000302 | International Sureties, Ltd. | 2009 Blanket Bond Premium | 2300-000 | | 5.93 | 3,018.89 |
| | | 701 Poydras Street  #420 | Bond No. 016260455 | | | | |
| | | New Orleans   LA  70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,018.91 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,018.94 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,019.01 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,019.08 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,019.16 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,019.24 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,019.32 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,019.39 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,019.46 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,019.54 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,019.62 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,019.69 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,019.76 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,019.84 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,019.91 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,019.98 |
| 06/10/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,020.01 |
| 06/10/10 | | Transfer to Acct #*******2414 | Final Posting Transfer | 9999-000 | | 3,020.01 | 0.00 |
| | | | Post final interest,, transfer funds to close case.  ecb | | | | |
| | | | June 10, 2010, 05:17 pm | | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-11509 -PSH | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SUNROOM CREATIONS, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1884  BofA - Money Market Account |
| Taxpayer ID No: | *******4317 | | | |
| For Period Ending: | 08/16/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| Account *******1884 | Balance Forward | 0.00 |
| 1   Deposits | 3,000.00 | 2   Checks   9.75 |
| 41   Interest Postings | 29.76 | 0   Adjustments Out   0.00 |
| | | 1   Transfers Out   3,020.01 |
| Subtotal | $   3,029.76 | |
| | | Total   $   3,029.76 |
| 0   Adjustments In | 0.00 | |
| 0   Transfers In | 0.00 | |
| Total | $   3,029.76 | |

Memo Allocation Receipts:   3,000.00
Memo Allocation Disbursements:   0.00

Memo Allocation Net:   3,000.00

LFORM2T4

UST Form 101-7-TDR (9/1/2009) (Page: 13)

Ver: 15.10d

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-11509 -PSH | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SUNROOM CREATIONS, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2414  BofA - Checking Account |
| Taxpayer ID No: | *******4317 | | | |
| For Period Ending: | 08/16/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/10 | | Transfer from Acct #*******1884 | Transfer In From MMA Account<br>Post final interest,, transfer funds to close case.  ecb June 10, 2010, 05:17 pm | 9999-000 | 3,020.01 | | 3,020.01 |
| 06/11/10 | 003001 | Popowcer & Katten, Ltd.<br>Attn:  Lois West<br>35 East Wacker Drive  #1550<br>Chicago   IL  6601 | Accountant for Trustee Fees (Other | 3410-000 | | 225.00 | 2,795.01 |
| 06/11/10 | 003002 | Losurdo & Panzeca Builders<br>1684 Wright Blvd<br>Schaumburg, IL 60193 | Claim 000011B, Payment 6.04% | 2410-000 | | 1,076.65 | 1,718.36 |
| 06/11/10 | 003003 | SCOTT & KRAUS<br>150 SOUTH WACKER DRIVE<br>SUITE 2900<br>CHICAGO, IL 60610 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 1,702.94 | 15.42 |
| 06/11/10 | 003004 | SCOTT & KRAUS<br>150 SOUTH WACKER DRIVE<br>SUITE 2900<br>CHICAGO, IL 60610 | Attorney for Trustee Expenses (Othe | 3220-000 | | 15.42 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | Account *******2414 | Balance Forward | 0.00 | | | |
| Memo Allocation Disbursements: | 0.00 | 0 | Deposits | 0.00 | 4 | Checks | 3,020.01 |
| | | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| Memo Allocation Net: | 0.00 | | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| | | 0 | Adjustments In | 0.00 | | Total | $ 3,020.01 |
| | | 1 | Transfers In | 3,020.01 | | | |
| | | | Total | $ 3,020.01 | | | |

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 06-11509 -PSH |
| Case Name: | SUNROOM CREATIONS, INC. |
| Taxpayer ID No: | *******4317 |
| For Period Ending: | 08/16/10 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2414  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| | | Report Totals | Balance Forward | 0.00 | |
| Total Allocation Receipts: | 3,000.00 | 1 | Deposits | 3,000.00 | 6 | Checks | 3,029.76 |
| Total Allocation Disbursements: | 0.00 | 41 | Interest Postings | 29.76 | 0 | Adjustments Out | 0.00 |
| | | | | | 1 | Transfers Out | 3,020.01 |
| Total Memo Allocation Net: | 3,000.00 | | Subtotal | $ 3,029.76 | | Total | $ 6,049.77 |
| | | 0 | Adjustments In | 0.00 | | |
| | | 1 | Transfers In | 3,020.01 | | |
| | | | Total | $ 6,049.77 | Net Total Balance | $ 0.00 |

LFORM2T4   UST Form 101-7-TDR (9/1/2009) (Page: 15)

Ver: 15.10d